UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                )
                                      )
**LAKE TOYS, INC.**                   )   Bankruptcy Case No. 15-82904 TML
                                      )   Chapter 7
                                      )
Debtor(s).                            )

---

## CERTIFICATE OF SERVICE

---

The undersigned certifies that on August 25, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

LAKE TOYS, INC.
506 CLARK AVENUE
SCALES MOUND, IL 61075

BERNARD J. NATALE
1639 N. ALPINE ROAD, SUITE 401
ROCKFORD, IL 61107
*(via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158

Odette A. Bultemeier
183 Wilkins
Avon, IL 61415


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com