# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LAKE TOYS, INC.　　　　　　　　　　　　　§ Case No. 15-82904
　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $50,856.75　　　　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,403.09　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $407,796.29

Total Expenses of Administration: $8,304.41

　　　3) Total gross receipts of $ 21,707.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,707.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,304.41 | 8,304.41 | 8,304.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 450,610.01 | 339,497.72 | 339,497.72 | 13,403.09 |
| **TOTAL DISBURSEMENTS** | $450,610.01 | $347,802.13 | $347,802.13 | $21,707.50 |

    4) This case was originally filed under Chapter 7 on November 18, 2015. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2016        By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Items sold at auction | 1129-000 | 21,707.50 |
| **TOTAL GROSS RECEIPTS** | | **$21,707.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,920.75 | 2,920.75 | 2,920.75 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,527.50 | 1,527.50 | 1,527.50 |
| Hack's Auction and Realty Service, Inc. | 3610-000 | N/A | 3,256.13 | 3,256.13 | 3,256.13 |
| Hack's Auction and Realty Service, Inc. | 3620-000 | N/A | 532.99 | 532.99 | 532.99 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 24.82 | 24.82 | 24.82 |
| Rabobank, N.A. | 2600-000 | N/A | 24.79 | 24.79 | 24.79 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.43 | 7.43 | 7.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,304.41 | $8,304.41 | $8,304.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Uline Shipping Supplies | 7100-000 | N/A | 497.72 | 497.72 | 497.72 |
| 2 | Odette Bultemeier | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -2 | Odette Bultemeier | 7200-000 | 368,908.35 | 339,000.00 | 339,000.00 | 12,905.37 |
| NOTFILED | US Bank | 7100-000 | 18,783.01 | N/A | N/A | 0.00 |
| NOTFILED | ULine Shipping Supply Specialists | 7100-000 | 497.72 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Cardmember Service | 7100-000 | 31,367.48 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Cardmember Service | 7100-000 | 25,777.09 | N/A | N/A | 0.00 |
| NOTFILED | Village Voices | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Scales Mound Yearbook | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Farmer, CPA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bankruptcy Claims Servicer | 7100-000 | 4,628.96 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | eBay Inc | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 387.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $450,610.01 | $339,497.72 | $339,497.72 | $13,403.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82904  
**Case Name:** LAKE TOYS, INC.  

**Period Ending:** 12/01/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/18/15 (f)  
**§341(a) Meeting Date:** 12/22/15  
**Claims Bar Date:** 05/05/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  US Bank - checking | 400.00 | 0.00 | | 0.00 | FA |
| 2  2010 Ford F150 Super Cab<br>    Cross Reference with Asset #6. | 15,000.00 | 11,367.01 | | 0.00 | FA |
| 3  8 X 10 Haulmark trailer<br>    Cross Reference with Asset #6. | 700.00 | 1,445.00 | | 0.00 | FA |
| 4  2 very old computers | 50.00 | 0.00 | | 0.00 | FA |
| 5  After market marine products (value listed at re<br>    Cross Reference with Asset #6. | 34,706.75 | 5,106.37 | | 0.00 | FA |
| 6  Items sold at auction<br>    This asset includes Asset #2 (2010 Ford F150 Super Cab); Asset #3 (8x10 Haulmark trailer); and Asset #5 (After market marine products). | 50,406.75 | 21,707.50 | | 21,707.50 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$101,263.50** | **$39,625.88** | | **$21,707.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 25, 2016        **Current Projected Date Of Final Report (TFR):**    August 20, 2016  (Actual)

Printed: 12/01/2016 08:55 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82904  
**Case Name:** LAKE TOYS, INC.  
**Taxpayer ID #:** **-***5464  
**Period Ending:** 12/01/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/20/16 | | Hack's Auction and Realty Service, Inc. | auction proceeds | | | 17,918.38 | | 17,918.38 |
| | {6} | | Gross Proceeds to Bankruptcy Estate | 21,707.50 | 1129-000 | | | 17,918.38 |
| | | | 15% Commission | -3,256.13 | 3610-000 | | | 17,918.38 |
| | | | Auctioneer Expenses | -532.99 | 3620-000 | | | 17,918.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 17,908.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.82 | 17,883.56 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.79 | 17,858.77 |
| 06/08/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #15-82904, bOND #016018067 | | 2300-000 | | 7.43 | 17,851.34 |
| 09/26/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,527.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,527.50 | 16,323.84 |
| 09/26/16 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $2,920.75, Trustee Compensation; Reference: | | 2100-000 | | 2,920.75 | 13,403.09 |
| 09/26/16 | 104 | Uline Shipping Supplies | Dividend paid 100.00% on $497.72; Claim# 1; Filed: $497.72; Reference: | | 7100-000 | | 497.72 | 12,905.37 |
| 09/26/16 | 105 | Odette Bultemeier | Dividend paid 3.80% on $339,000.00; Claim# 2 -2; Filed: $339,000.00; Reference: | | 7200-000 | | 12,905.37 | 0.00 |
| | | | ACCOUNT TOTALS | | | 17,918.38 | 17,918.38 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 17,918.38 | 17,918.38 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $17,918.38 | $17,918.38 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3366 | 17,918.38 | 17,918.38 | 0.00 |
| | $17,918.38 | $17,918.38 | $0.00 |

{} Asset reference(s)

Printed: 12/01/2016 08:55 AM    V.13.28